| | |
|---|---|
| ANDREW S. MACKAY, #197074<br>amackay@donahue.com<br>NATHAN U. DESAI, #348136<br>ndesai@donahue.com<br>DONAHUE FITZGERALD LLP<br>Attorneys at Law<br>1999 Harrison Street, 26th Floor<br>Oakland, California 94612-3520<br>Telephone:   (510) 451-3300<br>Facsimile:    (510) 451-1527<br><br>AIMÉE D. DAYHOFF, #0319041<br>(*Pro Hac Vice*)<br>adayhoff@winthrop.com<br>SAMANTHA F. CARMICKLE, #0401782<br>(*Pro Hac Vice*)<br>scarmickle@winthrop.com<br>WINTHROP & WEINSTINE, P.A.<br>Attorneys at Law<br>225 South Sixth Street, Suite 3500<br>Minneapolis, Minnesota 55402<br>Telephone:    (612) 604-6400<br><br>Attorneys for Plaintiff/Counter-Defendant/Cross-Complainant<br>MILK SPECIALTIES COMPANY d/b/a<br>MILK SPECIALTIES GLOBAL | MATTHEW D. PENG, #294558)<br>mpeng@grsm.com<br>KEVIN LIU, #95287)<br>kliu@grsm.com<br>GORDON REES SCULLY MANSUKHANI, LLP<br>315 Pacific Avenue<br>San Francisco, CA 94111<br>Telephone: (415) 986-5900<br>Facsimile: (415) 986-8054<br><br>Attorneys for Defendant/Counter-Claimant/Cross-Complainant<br>SANDAIR CORPORATION, d/b/a CALIFORNIA FREIGHT SALES, a California corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MILK SPECIALTIES COMPANY d/b/a MILK SPECIALTIES GLOBAL, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SANDAIR CORPORATION d/b/a CALIFORNIA FREIGHT SALES, a California corporation,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No. 2:24-cv-01310-KJM-CSK<br><br>**STIPULATION AND ORDER** |

The parties have stipulated to the following facts:

On May 7, 2024, Plaintiff/Counter-Defendant/Cross-Complainant Milk Specialties Company d/b/a Milk Specialties Global ("MSG") filed a complaint against Defendant/Counterclaimant/Cross complainant Sandair Corporation d/b/a California Freight Sales ("CalFreight") in the above-captioned action (the "Action") (ECF No. 1) (the "Complaint"). MSG's claims in the Complaint include negligence and promissory estoppel.

On November 12, 2024, CalFreight filed counterclaims against MSG and Roes 1-25 in the Action (ECF No. 27) (the "Counterclaims"). CalFreight's claims in the Counterclaims include breach of contract, promissory estoppel, and unjust enrichment.

On November 12, 2024, CalFreight also filed a Cross-Complaint against Cross-Defendants Cencal Transport LLC ("Cencal"), OU Freight LLC d/b/a O7 Umarov Co. (erroneously named as O7 Umaroc Co.) ("OU7") and Does 1-25 in the Action (ECF No. 28) (the "CalFreight Cross-Complaint"). CalFreight's crossclaims in the CalFreight Cross-Complaint include express contractual indemnity, implied and equitable indemnity, contribution, and declaratory relief.

On December 3, 2024, MSG filed a Cross-Complaint against Cencal and OU7 in the Action (ECF No. 32) (the "MSG Cross-Complaint"). MSG's crossclaims in the MSG Cross-Complaint include civil theft and conversion.

Neither Cencal nor OU7 has appeared in the Action. On February 7, 2025, the Court entered the default of OU7 and Cencal with respect to the MSG Cross-Complaint (ECF Nos. 45, 46).

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (ii), MSG and CalFreight hereby enter into this Joint Stipulation to Dismiss and Notice of Dismissal.

Based on above-stated facts, the Parties, through their respective counsel, have stipulated to the following:

1. The Action shall be dismissed, in part with prejudice and in part without prejudice, on the terms set forth herein.

2. MSG dismisses the Complaint against CalFreight (ECF No. 1) with prejudice.

3. CalFreight dismisses the Counterclaims against MSG and Roes 1-25 (ECF No. 27) with prejudice.

     4.     CalFreight dismisses the CalFreight Cross-Complaint against OU7 and Cencal (ECF No. 28) without prejudice.

     5.     MSG dismisses the MSG Cross-Complaint against OU7 and Cencal (ECF No. 32) without prejudice.

     6.     The dismissals contemplated herein do not constitute any admission with respect to the merits of any party's claims or defenses in this litigation.

     7.     Each party will bear its own costs and attorney's fees with respect to any claim or defense that is dismissed this Joint Stipulation to Dismiss and Stipulated Notice of Dismissal.

Based on these stipulations, and good cause appearing, the Court dismisses the Complaint filed by Plaintiff/Counter-Defendant/Cross-Complainant Milk Specialties Company d/b/a Milk Specialties Global ("MSG") against Defendant/Counterclaimant/Cross complainant Sandair Corporation d/b/a California Freight Sales ("CalFreight") (ECF No. 1) **with prejudice**.

The Court hereby dismisses the Counterclaims filed by CalFreight against MSG and Roes 1-25 in the Action (ECF No. 27) **with prejudice**.

The Court hereby dismisses the Cross-Complaint filed by CalFreight against Cross-Defendants Cencal Transport LLC ("Cencal"), OU Freight LLC d/b/a O7 Umarov Co. (erroneously named as O7 Umaroc Co.) ("OU7"), and Does 1-25 (ECF No. 28) **without prejudice**.

The Court hereby dismisses the Cross-Complaint filed by MSG against Cencal and OU7 (ECF No. 32) **without prejudice**.

IT IS SO ORDERED.

DATED: May 15, 2025.

_____
UNITED STATES DISTRICT JUDGE